UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
DANNY CLINCH,                             :    21cv8534 (DLC)
                                          :
                           Plaintiff,     :    ORDER OF
              -v-                         :    DISCONTINUANCE
                                          :
WARNER MUSIC GROUP CORP., et al.,         :
                                          :
                           Defendants.    :
                                          :
----------------------------------------- X

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is hereby

   ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 10, 2022**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

   IT IS FURTHER ORDERED that the telephonic conference currently scheduled for December 21, 2021, at 2:00 pm is adjourned sine die.

Dated:    New York, New York
          December 10, 2021

                                               _____
                                                      DENISE COTE
                                               United States District Judge